David N. Schultz (State Bar No. 123094)
LAW OFFICES OF DAVID N. SCHULTZ
1747 Preuss Road
Los Angeles, California 90035
Telephone: (310) 839-3150
Email: Schu1984@yahoo.com

L. Marc Zell (*Pro Hac Vice*)
Abraham I. Katsman, *of counsel*
Noam Schreiber, *of counsel*
ZELL & ASSOCIATES INTERNATIONAL ADVOCATES LLC
350 Fifth Avenue, 59th Floor
Empire State Building
New York, NY 10118
Telephone: (212) 971-1349
Fax: (212) 253-4030
Email: mzell@fandz.com
Email: abekatsman@yahoo.com
Email: Schreiber.noam@gmail.com

Attorneys for Plaintiffs Eve Harow, Earl Harow,
Fay Shapiro, Neal Shapiro, and Joel Taubman

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EVE HAROW, an individual; EARL HAROW, an individual; FAY SHAPIRO, an individual; NEAL SHAPIRO, an individual; and JOEL TAUBMAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AIRBNB, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00395-JCS<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

Pursuant to Local Rule 3-13, Plaintiffs Eve Harow, Earl Harow), Fay Shapiro, Neal Shapiro, and Joel Taubman (collectively, "Plaintiffs"), file the following Notice of Pendency of Other Action or Proceeding.

Plaintiffs believe this action may involve a material part of the same subject matter and substantially all of the same parties as another action currently pending in the United States District Court for the District of Delaware.

*Samuel Silber, et al. v. Airbnb, Inc.* was filed on November 28, 2018 and has been designated as Case No. 1:18-cv-01884-RGA in the United States District Court for the District of Delaware (the "Silber Action"). In the Silber Action, approximately 19 plaintiffs are suing Defendant Airbnb, Inc. ("Airbnb"), alleging violations of The Fair Housing Act, 42 U.S.C. § 3601, *et seq*. as a result of Airbnb's decision, announced on November 19, 2018, to "remove listings in Israeli settlements in the occupied West Bank that are at the core of the dispute between Israelis and Palestinians."

Plaintiffs in this action do not believe that this action should be transferred pursuant to 28 U.S.C. § 1407 (Multi District Litigation Procedures). Plaintiffs also do not believe that other coordination might avoid conflicts, conserve resources and promote an efficient determination of the action. The Silber Action alleges a single claim for relief under the FEHA. The Complaint in this action, unlike the Silber Action, also alleges the following three additional claims for relief: (i) violation of the California Fair Employment and Housing Act, Sections §§12900 *et seq.,* of the California Government Code; (ii) violation Of California's Unruh Civil Rights Act, Section 51 *et seq.* of the California Civil Code; and (iii) violation Of California's Unfair Competition Law, Sections 17200 *et seq.* of the California Business and Professions Code. Moreover, unlike the Silber Action, the Complaint in this action alleges harm and damages caused by Airbnb to residents and former residents of California. Accordingly, no action should be taken by this Court under Local Rule 3-13(d).

Dated: February 7, 2019        LAW OFFICES OF DAVID N. SCHULTZ

ZELL & ASSOCIATES INTERNATIONAL ADVOCATES LLC

By:        /s/ David N. Schultz
        David N. Schultz
        Attorneys for Plaintiffs Eve Harow, Earl Harow, Fay Shapiro, Neal Shapiro, and Joel Taubman