1  Heather Steiner Nyong'o (SBN 222202)
   WILMER CUTLER PICKERING
2     HALE AND DORR LLP
   950 Page Mill Road
3  Palo Alto, CA 94304
   Telephone: +1 650 858 6000
4  Facsimile: +1 650 858 6100
   heather.nyong'o@wilmerhale.com
5
6  David W. Bowker (SBN 200516) (*Pro Hac Vice*
      Application To Be Filed)
7  WILMER CUTLER PICKERING
      HALE AND DORR LLP
8  1875 Pennsylvania Avenue
   Washington, DC 20006
9  Telephone: +1 202 663 6000
   david.bowker@wilmerhale.com
10
11 *Attorneys for Defendants*
   AIRBNB, INC. and DOES 1 through 20
12
13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15              SAN FRANCISCO DIVISION
16
17
18 EVE HAROW; EARL HAROW; FAY
   SHAPIRO; NEAL SHAPIRO; JOEL        Case No. 3:19-cv-00395-JCS
   TAUBMAN, and URI PILICHOWSKI,
19                                    **STIPULATION OF DISMISSAL**
         Plaintiffs,
20
              v.
21
   AIRBNB, INC. and DOES 1 through 20,
22
         Defendants.
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate and agree to dismiss the above-captioned action. Such dismissal is on the merits and with prejudice.  Except as otherwise agreed, each party will bear its own costs, expenses, and attorneys' fees.

1

2   DATED: April 29, 2019                          Respectfully submitted,

3                                                  By: /s/ Heather Steiner Nyong'o
                                                   HEATHER STEINER NYONG'O
4                                                      (SBN 222202)
                                                   WILMER CUTLER PICKERING HALE
5                                                      AND DORR LLP
                                                   950 Page Mill Road
6                                                  Palo Alto, CA 94304
                                                   Telephone: +1 650 858 6000
7                                                  Facsimile: +1 650 858 6100

8
                                                   DAVID W. BOWKER (SBN 200516) (*Pro Hac
9                                                      Vice* Application To Be Filed)
                                                   WILMER CUTLER PICKERING HALE
10                                                     AND DORR LLP
                                                   1875 Pennsylvania Avenue
11                                                 Washington, DC 20006
                                                   Telephone: +1 202 663 6000
12

13                                                 *Attorneys for Defendants*
                                                   *AIRBNB, INC. and DOES 1 through 20*
14

15                                                 Respectfully submitted,

16                                                 By: /s/ David N. Schultz
                                                   DAVID N. SCHULTZ (SBN 123094)
17                                                 LAW OFFICES OF DAVID N. SCHULTZ
                                                   1747 Preuss Road
18                                                 Los Angeles, California 90035
                                                   Telephone: +1 310 839 3150
19

20                                                 L. MARC ZELL (*Admitted Pro Hac Vice*)
                                                   ABRAHAM I. KATSMAN, *of counsel*
21                                                 NOAM SCHREIBER, *of counsel*
                                                   ZELL & ASSOCIATES
22                                                 INTERNATIONAL ADVOCATES LLC
                                                   350 Fifth Avenue, 59th Floor
23                                                 Empire State Building
                                                   New York, NY 10118
24                                                 Telephone: +1 212 9711349
                                                   Facsimile: +1 212 253 4030
25

26                                                 *Attorneys for Plaintiffs Eve Harow. Earl*
                                                   *Harow, Fay Shapiro, Neal Shapiro, Joel*
27                                                 *Taubman, and Uri Pilichowski*

28

2