Heather Steiner Nyong'o (SBN 222202)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100
heather.nyong'o@wilmerhale.com

David W. Bowker (SBN 200516) (*Pro Hac Vice*
  Application To Be Filed)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue
Washington, DC 20006
Telephone: +1 202 663 6000
david.bowker@wilmerhale.com

*Attorneys for Defendants*
AIRBNB, INC. and DOES 1 through 20

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EVE HAROW; EARL HAROW; FAY SHAPIRO; NEAL SHAPIRO; JOEL TAUBMAN, and URI PILICHOWSKI,<br><br>   Plaintiffs,<br><br>     v.<br><br>AIRBNB, INC. and DOES 1 through 20,<br><br>   Defendants. | Case No. 3:19-cv-00395-JCS<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate and agree to dismiss the above-captioned action. Such dismissal is on the merits and with prejudice. Except as otherwise agreed, each party will bear its own costs, expenses, and attorneys' fees.

DATED: April 29, 2019						Respectfully submitted,

							By: /s/ Heather Steiner Nyong'o
							HEATHER STEINER NYONG'O
							  (SBN 222202)
							WILMER CUTLER PICKERING HALE
							  AND DORR LLP
							950 Page Mill Road
							Palo Alto, CA 94304
							Telephone: +1 650 858 6000
							Facsimile: +1 650 858 6100

							DAVID W. BOWKER (SBN 200516) (*Pro Hac Vice* Application To Be Filed)
							WILMER CUTLER PICKERING HALE
							  AND DORR LLP
							1875 Pennsylvania Avenue
							Washington, DC 20006
							Telephone: +1 202 663 6000

							*Attorneys for Defendants*
							*AIRBNB, INC. and DOES 1 through 20*

							Respectfully submitted,

Dated: April 30, 2019					By: /s/ David N. Schultz
							DAVID N. SCHULTZ (SBN 123094)
							LAW OFFICES OF DAVID N. SCHULTZ
							1747 Preuss Road
							Los Angeles, California 90035
							Telephone: +1 310 839 3150

							L. MARC ZELL (*Admitted Pro Hac Vice*)
							ABRAHAM I. KATSMAN, *of counsel*
							NOAM SCHREIBER, *of counsel*
							ZELL & ASSOCIATES
							INTERNATIONAL ADVOCATES LLC
							350 Fifth Avenue, 59th Floor
							Empire State Building
							New York, NY 10118
							Telephone: +1 212 9711349
							Facsimile: +1 212 253 4030

							*Attorneys for Plaintiffs Eve Harow. Earl Harow, Fay Shapiro, Neal Shapiro, Joel Taubman, and Uri Pilichowski*

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Joseph C. Spero]